[No. 30014-5-III. Division Three. November 29, 2012.]

JAMES R. DAVEY ET AL., *Appellants*, v. WINDERMERE SERVICES, COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-2-03106-0, Gregory D. Sypolt, J., entered May 20, 2011. *Affirmed in part* and *reversed in part* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 30145-1-III. Division Three. November 29, 2012.]

JOHN J. SANNA, *Appellant*, v. BEN VEENHUIZEN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 09-2-00362-7, Allen Nielson, J., entered November 15, 2011. *Reversed in part* and *remanded with instructions* by unpublished opinion per Siddoway, A.C.J., concurred in by Sweeney and Kulik, JJ.

[No. 30379-9-III. Division Three. November 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRES ALEGRIA, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 11-8-50153-6, Cameron Mitchell, J., entered November 9, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.